IN THE COURT OF CRIMINAL APPEALS


OF TEXAS






NO. AP-75,933






 EX PARTE FRANK GARCIA HERNANDEZ, JR., Applicant








ON APPLICATION FOR A WRIT OF HABEAS CORPUS

IN CAUSE NO. 22048-02-A IN THE 47TH DISTRICT COURT

POTTER COUNTY




 Keasler, J., filed a concurring opinion.


CONCURRING OPINION 




 I join the Court's opinion, but write separately to note that today's opinion is entirely
consistent with our decision in Ex parte Foster, (1) which was issued in May 2007. 


FILED: January 28, 2009

PUBLISH

 
1. Nos. WR-36,242-02 & -03 (Tex. Crim. App. May 9, 2007) (per curiam) (not
designated for publication).